# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129357(58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 129357
COA: 255397
Wayne CC: 04-014085

LEM ELLIS GROVE,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's order of December 28, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., would grant reconsideration.

KELLY, J., would grant reconsideration and, on reconsideration, would hold this case in abeyance for *Davis v Washington,* cert gtd ___ US ___; 126 S Ct 547; 163 L Ed 2d 458; 74 USLW 3272; 2005 WL 1671669; 2005 US LEXIS 7859 (October 31, 2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

d0424